Mary Anne Q. Wood (3539)
Stephen Q. Wood (12403)
WOOD BALMFORTH LLC
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah  84111
Telephone:  (801) 366-6060
Facsimile:  (801) 366-6061

Harry A. Olivar, Jr. (*admitted pro hac vice*)
Molly Stephens (*admitted pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOLTIS INVESTMENT ADVISORS, INC., a Utah Corporation, | ***NOTICE OF CONVENTIONAL FILING*** |
| Plaintiff, | |
| v. | Case No. 2:12-cv-00192-DN |
| PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC; PIMCO MUNICIPAL OPPORTUNITIES FUND, L.P.; PIMCO GP IV, LLC, | Judge David Nuffer |
| Defendants. | |

PLEASE TAKE NOTICE THAT Defendants Pacific Investment Management Company, LLC, PIMCO Municipal Opportunities Fund, L.P., and PIMCO GP IV, LLC have conventionally filed the original and a courtesy copy of *MOTION TO DISMISS, MEMORANDUM IN SUPPORT OF MOTION TO DISMISS* and *DECLARATION OF HARRY A. OLIVER, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS*.

These documents have not been filed electronically because they were filed under seal.

These documents have been conventionally served on all parties.

DATED this 8th day of March, 2012.

WOOD BALMFORTH LLC


/s/ Stephen Q. Wood
Mary Anne Q. Wood
Stephen Q. Wood
60 E. South Temple, Suite 500
Salt Lake City, Utah 84111
Telephone: (801) 366-6060
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of March, 2012, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such

filing to the following:

> Robert S. Clark
> Clemens A. Landau
> Parr Brown Gee & Loveless, P.C.
> 185 South State Street, Suite 800
> Salt Lake City, UT  84111

/s/ Stephen Q. Wood