Robert S. Clark (4015)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Plaintiff Soltis Investment Advisors, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SOLTIS INVESTMENT ADVISORS, INC., a Utah Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC INVESTMENT MANAGEMENT COMPANY, LLC; PIMCO MUNICIPAL OPPORTUNITIES FUND, L.P.; PIMCO GP IV, LLC,<br><br>Defendant. | **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**<br><br><br>Civil No. 2:12-cv-00192-DN<br><br>Judge D. Nuffer |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff SOLTIS INVESTMENT ADVISORS, INC., hereby dismisses the above-captioned action.

Dated this 1st day of August, 2012.

                PARR BROWN GEE & LOVELESS, PC

                /s/ Robert S. Clark
                Robert S. Clark
                *Attorneys for Plaintiff Soltis Investment Advisors, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2012, a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** was served via e-mail on the following:

Stephen Q. Wood
WOOD BALMFORTH LLC
500 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111

/s/ Robert S. Clark